# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII ex rel. LISA TORRICER; UNITED STATES OF AMERICA ex rel. LISA TORRICER,<br><br>    Plaintiff(s),<br><br>V.<br><br>LIBERTY DIALYSIS-HAWAII LLC; LIBERTY DIALYSIS-NORTH HAWAII LLC; AND FRESENIUS MEDICAL CARE HOLDINGS, INC.,<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 19-00101 JMS-RT<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>January 12, 2021<br><br>At 1 o'clock and 53 min p.m.<br>MICHELLE RYNNE, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

On January 12, 2021, the Court issued its Order, ECF 97: **"ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, ECF NO. 58"** ("January 12, 2021 Order"),

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants pursuant to and in accordance with the January 12, 2021 Order.



| January 12, 2021 | MICHELLE RYNNE |
|---|---|
| Date | Clerk |
| | /s/ Michelle Rynne by J.O. |
| | (By) Deputy Clerk |